## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **TONI DAWSON,** | : | **CASE NO.  1:11-cv-1943** |
| | : | |
| **Plaintiff,** | : | **CHIEF JUDGE SOLOMON OLIVER, JR.** |
| | : | |
| **vs.** | : | **MAGISTRATE  JUDGE** |
| | : | **WILLIAM H. BAUGHMAN, JR.** |
| **NORTHLAND GROUP, INC.** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-named parties, by and through their respective attorneys, stipulate to a dismissal with prejudice and on the merits of Plaintiff Toni Dawson's action herein against Defendant Northland Group, Inc.

The parties further stipulate that the Court may forthwith execute and enter the Order of Dismissal with Prejudice submitted as an exhibit hereto. This Order of Dismissal with Prejudice resolves the last pending claim and closes this action.


Respectfully submitted,

| | |
|---|---|
| s/J. Daniel Scharville | s/Jeffrey J. Harmon |
| J. Daniel Scharville (0071132) | Jeffrey J. Harmon (0032848) |
| KAHN & ASSOCIATES, LLC | CORS & BASSETT, LLC |
| 6200 Rockside Woods Blvd, Ste. 215 | 537 East Pete Rose Way, Ste. 400 |
| Independence, OH 44131 | Cincinnati, OH 45202 |
| (216) 621-6101 | (513) 852-8200 |
| (216) 621-6006 Fax | (513) 852-8222 Fax |
| dscharville@kahnandassociates.com | jjh@corsbassett.com |
| | |
| Trial Attorney for Plaintiff | Trial Attorneys for Defendant |
| Toni Dawson | Northland Group, Inc. |