## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **TONI DAWSON,** | : | **CASE NO.  1:11-cv-1943** |
| | : | |
| **Plaintiff,** | : | **CHIEF JUDGE SOLOMON OLIVER, JR.** |
| | : | |
| **vs.** | : | **MAGISTRATE  JUDGE** |
| | : | **WILLIAM H. BAUGHMAN, JR.** |
| **NORTHLAND GROUP, INC.** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### ORDER OF DISMISSAL WITH PREJUDICE

Having been duly advised that the parties have resolved this action and have agreed to entry of an order dismissing with prejudice and on the merits Plaintiff Toni Dawson's action herein against Defendant Northland Group, Inc., and the Court being otherwise advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff Toni Dawson's action herein against Defendant Northland Group, Inc. is hereby DISMISSED with prejudice and on the merits with each party bearing its own attorney fees and costs of this action.

IT IS FURTHER ORDERED that this ORDER resolves the last pending claim and closes this action.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.

CHIEF JUDGE

UNITED STATES DISTRICT COURT

April 3, 2012